IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTHONY X. SMITH,

    Plaintiff,

 v.

PUBLIC DEFENDERS OFFICE, et al.,

    Defendants.
_____/

No. C 11-05796 CW (PR)

ORDER GRANTING PLAINTIFF EXTENSION OF TIME TO FILE CERTIFICATE OF FUNDS AND PRISONER TRUST ACCOUNT STATEMENT

    Plaintiff, a state prisoner, filed this pro se civil rights action under 42 U.S.C. § 1983. On that same date, the Clerk of the Court sent Plaintiff a notice directing him to pay the filing fee or to file a completed in forma pauperis (IFP) application.

    Plaintiff has filed a request for an extension of time to file a completed IFP application. Having read and considered Plaintiff's request, and good cause appearing,

    IT IS HEREBY ORDERED that Plaintiff's request for an extension of time is GRANTED. The time in which Plaintiff may file a completed IFP application will be extended up to and including thirty (30) days from the date of this Order.

    Failure to file a completed IFP application by the thirty-day deadline as ordered shall result in the dismissal of this action without prejudice.

    This Order terminates Docket no. 4.

    IT IS SO ORDERED.

Dated: 1/9/2012

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE