**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTHONY X. SMITH,

      Plaintiff,

  v.

PUBLIC DEFENDER'S OFFICE, et al.,

      Defendants.
                             /

No. C 11-5796 CW (PR)

JUDGMENT

    Pursuant to the Court's Order of today's date dismissing the above-titled action, a judgment of DISMISSAL WITHOUT PREJUDICE is hereby entered. 28 U.S.C. § 1915A.

    IT IS SO ORDERED.

DATED: 4/11/2012

                            CLAUDIA WILKEN
                            UNITED STATES DISTRICT JUDGE