IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTHONY X. SMITH,            No. C 11-5796 CW (PR)

    Plaintiff,

  v.                         JUDGMENT

PUBLIC DEFENDER'S OFFICE, et al.,

    Defendants.
_____/

    Pursuant to the Court's Order of today's date dismissing the above-titled action, a judgment of DISMISSAL WITHOUT PREJUDICE is hereby entered.  28 U.S.C. § 1915A.

    IT IS SO ORDERED.

DATED: 4/11/2012

                        CLAUDIA WILKEN
                        UNITED STATES DISTRICT JUDGE